

Hamilton, Brook, Smith & Reynolds, P.C.　　T 978.341.0036
530 Virginia Road P.O. Box 9133　　F 978.341.0136
Concord, MA 01742-9133　　www.hbsr.com

**David J. Brody**
David.Brody@hbsr.com
978.341.0036 x3297

October 2, 2008

<u>**Via Electronic Filing**</u>

Mary H. Johnson, Courtroom Clerk
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Remedy Intelligent Staffing, Inc. v. Sawin et al.
         <u>Civil No. 08-cv-11369-RGS</u>

Dear Ms. Johnson:

This matter has been scheduled for hearing tomorrow afternoon at 3:00 pm on the various pending motions. Defendants' counsel has just told me a personal emergency that makes it impossible for her to attend tomorrow's hearing, and therefore we jointly request that the Court defer the hearing. Ms. Roberts expects to be back in the office on Monday, and we will call you then to re-schedule. Thank you very much for your assistance in bringing this request to the Court's prompt attention.

Very truly yours,

/s/ David J. Brody

David J. Brody

DJB/mam

cc:   Bronwyn L. Roberts, Esq.